UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BYTE FEDERAL, INC.,

    Plaintiff,

vs.                                                    No. 8:23-cv-102

LUX VENDING LLC d/b/a
BITCOIN DEPOT,

    Defendant.

_____

**PLAINTIFF'S RULE 7.1 AND LOCAL RULE 3.03**
**DISCLOSURE STATEMENT**

Filed by:    OLIVER ALAN RUIZ
                    Florida Bar No. 524786
                    oruiz@malloylaw.com
                    litigation@malloylaw.com
                    MALLOY & MALLOY, P.L.
                    2800 S.W. 3rd Avenue
                    Miami, FL 33129
                    Telephone: (305) 858-8000
                    Facsimile: (305) 858-0008

                    Counsel for Plaintiff

Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    a. Byte Federal, Inc., Plaintiff
    b. Lux Vending LLC d/b/a Bitcoin Depot, Defendant
    c. Malloy & Malloy, P.L., counsel for Plaintiff
    d. Malloy, III, John Cyril, counsel for Plaintiff
    e. Ruiz, Oliver Alan, lead counsel for Plaintiff
    f. Woodard, Jonathan Ray, counsel for Plaintiff

Each entity with publicly traded shares or debt potentially affected by the outcome:

N/A

Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

N/A

Each person arguably eligible for restitution:

N/A

If filed by a nongovernmental corporate party, then identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

None

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: January 13, 2023

/s/Oliver Alan Ruiz
John Cyril Malloy, III
Florida Bar No. 964,220
jcmalloy@malloylaw.com
Oliver Alan Ruiz, Lead Counsel
Florida Bar No. 524,786
oruiz@malloylaw.com
Jonathan Woodard
Florida Bar No. 096,553
jwoodard@malloylaw.com
**MALLOY & MALLOY, P.L.**
2800 S.W. 3rd Avenue
Miami, FL 33129
T: (305) 858-8000

*Attorneys for Plaintiff*