# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 8:23-CV-00102-MSS-SPF

Plaintiff:
**BYTE FEDERAL, INC.,**

vs.

Defendant:
**LUX VENDING LLC d/b/a BITCOIN DEPOT,**


CPP2023000170

For:
John Cyril Malloy, III
MALLOY & MALLOY, P.L.
2800 S.W. Third Avenue
Miami, FL 33129

Received by CIVIL PROCESS, LLC on the 18th day of January, 2023 at 8:00 am to be served on **Lux Vending LLC d/b/a Bitcoin Depot Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092**.

I, Haile Kahssu, do hereby affirm that on the **19th day of January, 2023** at 3:34 pm, I:

**SERVED the within named CORPORATION,** by delivering a **Summons, Complaint and Demand for Jury Trial with Civil Cover Sheet** with the date and hour of service endorsed thereon by me to **ALISHA SMITH** as **PROCESS SPECIALIST** at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092 in compliance with Florida Statutes

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: African Americ, Height: 5'4", Weight: 161, Hair: Black, Glasses: .

I certify that I have no interest in the above styled action; I am over the age of eighteen (18) years, and have proper authority to serve legal process in the jurisdiction in which this service was made. No Notary Required Pursuant To F.S. 92.525(2)

Haile Kahssu
Process Server

**CIVIL PROCESS, LLC**
**7350 N.W. 77th Street**
**Medley, FL 33166**
**(305) 375-9111**

Our Job Serial Number: CPP-2023000170
Ref: Byte Federal, Inc. v. Lux Vending LLC d/

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1u