# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| BYTE FEDERAL, INC., <br><br> *Plaintiff*, <br><br> *vs*. <br><br> LUX VENDING LLC d/b/a BITCOIN DEPOT, <br><br> *Defendant*. | Case No.: 8:23-cv-102-MSS-SPF |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, THOMAS STANTON, ESQ , of the law firm STANTON IP LAW FIRM, P.A, hereby gives his Notice of Appearance as counsel for Defendant LUX VENDING, LLC D/B/A BITCOIN DEPOT in the above-styled case and requests that all notices and papers be served upon the undersigned.

Dated: February 7, 2023

                                       Respectfully submitted,

                                       */s/ Thomas H. Stanton*
                                       **THOMAS H. STANON, ESQ.**
                                       Florida Bar No.: 127444
                                       **STANTON IP LAW FIRM, PA**
                                       201 E. Kennedy Blvd., Suite 1900
                                       Tampa, Florida 33602
                                       T: 813-421-3883

E: tstanton@stantoniplaw.com (*not for service*)
S: service@stantoniplaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

*I HEREBY CERTIFY* that on February 7, 2023, a true and correct copy of the foregoing has been furnished electronically with the Clerk of Court using the CMF/ECF system, which will send a notice of electronic filing to all parties and their counsel of record.

/s/ Thomas H. Stanton
**THOMAS H. STANTON, ESQ.**