# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BYTE FEDERAL, INC.,
      *Plaintiff*,

vs.

LUX VENDING, LLC d/b/a BITCOIN DEPOT
      *Defendant*.

Case No.: 8:23-cv-102-MSS-SPF

## UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO COMPLAINT

**DEFENDANT**, Lux Vending, LLC d/b/a Bitcoin Depot ("Bitcoin Depot"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby move this Honorable Court for an extension of time, through and including February 22, 2023, in which to file its response to Plaintiff's Complaint [Doc. 1]. Plaintiff does not oppose the relief requested by this Motion. In further support, Bitcoin Depot states as follows:

1. On January 13, 2023, Plaintiff filed its Complaint alleging a violation of the Lanham Act.

2. On January 19, 2023, Plaintiff alleges to have properly served Bitcoin Depot with a copy of the Complaint for the above-styled case making Bitcoin Depot's deadline to respond February 9, 2023.

3. As of the filing of this Motion, Bitcoin Depot's time to respond to the Complaint has not yet lapsed.

4. Bitcoin Depot requires additional time to review the allegations in the Plaintiff's Complaint and to prepare its response to the same.

5. The requested extension will not prejudice or disrupt Plaintiff's ability to pursue this matter, and the additional time will not interfere with any deadlines as this matter is still in its infancy.

**WHEREFORE,** the Parties, respectfully request this Court enter an Order continuing the dates within the Case Management and Scheduling Order as follows:

Dated: February 7, 2023.

> */s/ Thomas H. Stanton*
> **THOMAS H. STANTON, ESQ.**
> Florida Bar No.: 127444
> **STANTON IP LAW FIRM, PA**
> 201 E. Kennedy Blvd., Suite 1900
> Tampa, Florida 33602
> T: 813-421-3883
> E: tstanton@stantoniplaw.com
> S: service@stantoniplaw.com
> *Counsel for Defendant*

## M.D. FLA. L.R. 3.01(G) CERTIFICATION

*I HEREBY CERTIFY* that, prior to the filing of this motion and pursuant to Local Rule 3.01(g), counsel for Plaintiff and counsel for Defendants conferred via email on February 7, 2023, regarding this Motion and Counsel for Defendant does not oppose the relief sought herein.

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that on February 7, 2023, a true and correct copy of the foregoing has been furnished electronically with the Clerk of Court using the CMF/ECF system, which will send a notice of electronic filing to all parties and their counsel of record.

>                 */s/ Thomas H. Stanton*
>                 **THOMAS H. STANTON, ESQ.**