# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| BYTE FEDERAL, INC., <br><br> *Plaintiff*, <br><br> *vs*. <br><br> LUX VENDING LLC d/b/a BITCOIN DEPOT, <br><br> *Defendant*. | Case No.: 8:23-cv-102-MSS-SPF |

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

*PLEASE TAKE NOTICE* that the undersigned counsel, COLLIN MIXON, ESQ of the law firm STANTON IP LAW FIRM, P.A, hereby gives his Notice of Appearance and Notice of Designation of Lead Counsel for Defendant LUX VENDING, LLC D/B/A BITCOIN DEPOT in the above-styled case and requests that all notices and papers be served upon the undersigned.

Dated: February 22, 2023

        Respectfully submitted,

        */s/ Collin Mixon, Esq*
        **COLLIN MIXON, ESQ.**
        Florida Bar No.: 1004740
        **STANTON IP LAW FIRM, PA**
        201 E. Kennedy Blvd., Suite 1900
        Tampa, Florida 33602
        T: 813-421-3883

      E: cmixon@stantoniplaw.com (*not for service*)
      S: service@stantoniplaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 22, 2023, a true and correct copy of the foregoing has been furnished electronically with the Clerk of Court using the CMF/ECF system, which will send a notice of electronic filing to all parties and their counsel of record.

      */s/ Collin Mixon, Esq*
      **COLLIN MIXON, ESQ.**