# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BYTE FEDERAL, INC.,
    *Plaintiff*,

vs.

LUX VENDING, LLC d/b/a BITCOIN DEPOT
    *Bitcoin Depot*.

Case No.: 8:23-cv-102-MSS-SPF

## ANSWER AND AFFIRMATIVE DEFENSES

**BITCOIN DEPOT**, Lux Vending, LLC d/b/a Bitcoin Depot ("Bitcoin Depot"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby files its Answer and Affirmative Defenses to the Complaint (DE 1). Bitcoin Depot states as follows:

1. Denied.

2. Without knowledge, therefore denied.

3. Without knowledge, therefore denied.

4. Without knowledge, therefore denied.

5. Without knowledge, therefore denied.

6. Admitted.

7. Denied.

8. Denied.

9. Without knowledge, therefore denied.

10. Bitcoin Depot does not contest subject matter jurisdiction in this matter.

11. Bitcoin Depot does not contest personal jurisdiction in this matter.

12. Denied.

13. Bitcoin Depot does not contest personal jurisdiction in this matter.

## VENUE

14. Bitcoin Depot does not contest venue in this matter, but wholly denies any "acts of infringement" occurred in this matter.

15. Bitcoin Depot does not contest venue in this matter.

16. Bitcoin Depot does not contest venue or personal jurisdiction in this matter.

## PARTIES

17. Without knowledge, therefore denied.

18. Bitcoin Depot admits it is located at the address enumerated in Paragraph 18, however wholly denies any allegations of trademark infringement.

## GENERAL ALLEGATIONS

19. Without knowledge, therefore denied.

20. Without knowledge, therefore denied.

21. Denied.

22. Without knowledge, therefore denied.

23. Without knowledge, therefore denied.

24. Without knowledge, therefore denied.

25. Without knowledge, therefore denied.

26. Without knowledge, therefore denied.

27. Without knowledge, therefore denied.

28. Without knowledge, therefore denied.

29. Without knowledge, therefore denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Paragraph 35, including all subparts, are denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

## COUNT I

45. Bitcoin Depot reincorporates its responses to Paragraphs 1 – 44.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

## COUNT II

51. Bitcoin Depot reincorporates its responses to Paragraphs 1 – 44.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

## COUNT III

57. Bitcoin Depot reincorporates its responses to Paragraphs 1 – 44.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

## COUNT IV

65. Bitcoin Depot reincorporates its responses to Paragraphs 1 – 44.

66. Without knowledge, therefore denied.

67. Without knowledge, therefore denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

## PRAYER FOR RELIEF

A. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

B. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

C. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph, including all subparts.

D. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

E. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

F. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

G. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

H. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

I. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

J. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

K. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

L. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

  M. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

  N. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

  O. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

  P. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

  Q. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

## **AFFIRMATIVE DEFENSES**

  1. Plaintiff fails to state a claim upon which the relief demanded can be granted.

  2. There is no likelihood of confusion caused by the alleged infringement.

  3. Plaintiff has not sustained any harm, irreparable or otherwise, due to Bitcoin Depot's actions.

  4. Plaintiff failed to mitigate its damages.

  5. Bitcoin Depot's alleged infringement is protected under the doctrine of fair use.

  6. Plaintiff's claims for relief are barred by the doctrine of unclean hands.

7. Plaintiff's claims for relief are barred by the doctrine of misuse.

8. Plaintiff's alleged trademark is descriptive and has not acquired secondary meaning.

9. Plaintiff's claims are barred, in whole or in part, based on the doctrine of laches.

10. Plaintiff's claims are barred, in whole or in part, based on Plaintiff's acquiescence in the use of purported mark by Bitcoin Depot and third-parties.

11. To the extent any of Bitcoin Depot used a word or phrase which Plaintiff claims conflicts with its purported trademark, they are being used as descriptors and not source identifiers.

12. Plaintiff's claims are barred to the extent they seek equitable relief because Plaintiff has an adequate remedy at law.

Dated: February 22, 2023.

/s/ Collin A. Mixon
**COLLIN A. MIXON, ESQ.**
Florida Bar No.: 1004740
**STANTON IP LAW FIRM, PA**
201 E. Kennedy Blvd., Suite 1900
Tampa, Florida 33602
T: 813-421-3883
E: cmixon@stantoniplaw.com
S: service@stantoniplaw.com
*Counsel for Bitcoin Depot*

## **CERTIFICATE OF SERVICE**

***I HEREBY CERTIFY*** that on February 22, 2023, a true and correct copy of the foregoing has been furnished electronically with the Clerk of Court using the CMF/ECF system, which will send a notice of electronic filing to all parties and their counsel of record.

                                            */s/ Collin Mixon, Esq*
                                            **COLLIN MIXON, ESQ.**