UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BYTE FEDERAL, INC., <br>         *Plaintiff*, <br><br> *vs*. <br><br> LUX VENDING, LLC d/b/a BITCOIN DEPOT <br>         *Bitcoin Depot*. | Case No.: 8:23-cv-102-MSS-SPF |

**AMENDED ANSWER AND AFFIRMATIVE DEFENSES**

**BITCOIN DEPOT**, Lux Vending, LLC d/b/a Bitcoin Depot ("Bitcoin Depot"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby files its Amended Answer and Affirmative Defenses to the Complaint (DE 1). Bitcoin Depot states as follows:

1. Denied.

2. Without knowledge, therefore denied.

3. Without knowledge, therefore denied.

4. Without knowledge, therefore denied.

5. Without knowledge, therefore denied.

6. Admitted.

7. Denied.

8. Denied.

9. Without knowledge, therefore denied.

10. Bitcoin Depot does not contest subject matter jurisdiction in this matter.

11. Bitcoin Depot does not contest personal jurisdiction in this matter.

12. Denied.

13. Bitcoin Depot does not contest personal jurisdiction in this matter.

## VENUE

14. Bitcoin Depot does not contest venue in this matter, but wholly denies any "acts of infringement" occurred in this matter.

15. Bitcoin Depot does not contest venue in this matter.

16. Bitcoin Depot does not contest venue or personal jurisdiction in this matter.

## PARTIES

17. Without knowledge, therefore denied.

18. Bitcoin Depot admits it is located at the address enumerated in Paragraph 18, however wholly denies any allegations of trademark infringement.

## GENERAL ALLEGATIONS

19. Without knowledge, therefore denied.

20. Without knowledge, therefore denied.

21. Denied.

22. Without knowledge, therefore denied.

23. Without knowledge, therefore denied.

24. Without knowledge, therefore denied.

25. Without knowledge, therefore denied.

26. Without knowledge, therefore denied.

27. Without knowledge, therefore denied.

28. Without knowledge, therefore denied.

29. Without knowledge, therefore denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Paragraph 35, including all subparts, are denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

## COUNT I

45. Bitcoin Depot reincorporates its responses to Paragraphs 1 – 44.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

## COUNT II

51. Bitcoin Depot reincorporates its responses to Paragraphs 1 – 44.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

## COUNT III

57. Bitcoin Depot reincorporates its responses to Paragraphs 1 – 44.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

## COUNT IV

65. Bitcoin Depot reincorporates its responses to Paragraphs 1 – 44.

66. Without knowledge, therefore denied.

67. Without knowledge, therefore denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

## PRAYER FOR RELIEF

A. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

B. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

  C. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph, including all subparts.

  D. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

  E. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

  F. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

  G. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

  H. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

  I. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

  J. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

  K. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

  L. Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

    M.    Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

    N.    Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

    O.    Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

    P.    Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

    Q.    Bitcoin Depot denies that Plaintiff is entitled to relief sought in this Paragraph.

## **AFFIRMATIVE DEFENSES**

Defendant incorporates each and every admission, denial, and averment made in the above and preceding paragraphs as though fully set forth herein. Defendant asserts separately and/or alternatively the following:

## **First Affirmative Defense**

The Plaintiff's Complaint fails to state a claim upon which relief can be granted based on this Court's ruling in *Pro Video Instruments v. Thor Fiber*, 2020 U.S. Dist. LEXIS 258571 (M.D. Fla. April 22, 2020). The Plaintiff is unable to prove likelihood of confusion caused by the alleged infringement. Additionally, Plaintiff has not sustained any harm, irreparable or otherwise, due to Bitcoin Depot's actions.

**Second Affirmative Defense**

The Plaintiff's claims are barred by the doctrine of waiver.

**Third Affirmative Defense**

The Plaintiff's claims are barred by the doctrines of estoppel and equitable estoppel.

**Fourth Affirmative Defense**

The Plaintiff's claims are barred by the doctrine of unclean hands. Upon information and belief, Plaintiff uses the same advertising practices discussed in its Complaint and therefore should be barred from recovery in this case.

**Fifth Affirmative Defense**

The Plaintiff's claims are barred by the doctrine of laches and acquiescence.

**Sixth Affirmative Defense**

The Plaintiff's claims are barred because any purported harm it may have suffered was caused by acts of third parties over whom the Defendant has no control.

**Seventh Affirmative Defense**

The Plaintiff's claims are barred, in whole or in part, because the Plaintiff has failed to mitigate its damages.

### Eighth Affirmative Defense

While denying any and all liabilities, Defendant affirmatively states that the Plaintiff's complaint fails to state facts upon which punitive or statutory damages may be awarded.

### Ninth Affirmative Defense

The Plaintiff's claims for declaratory relief fails because the Plaintiff has not suffered irreparable harm.

### Tenth Affirmative Defense

The Plaintiff's claim under the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA") fails because the Plaintiff has not sufficiently alleged, and cannot prove, a "consumer injury."

### Eleventh Affirmative Defense

The Plaintiff's claim under the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA") fails because the Plaintiff has not sufficiently alleged, and cannot prove, "actual damages."

### Twelfth Affirmative Defense

Bitcoin Depot's alleged infringement is protected under the doctrine of fair use.

### Thirteenth Affirmative Defense

To the extent any of Bitcoin Depot used a word or phrase which Plaintiff claims conflicts with its purported trademark, they are being used as descriptors and not source identifiers.

### Fourteenth Affirmative Defense

Plaintiff's claims for relief are barred by the doctrine of misuse.

### Fifteenth Affirmative Defense

Plaintiff's alleged trademark is descriptive and has not acquired secondary meaning.


Dated: March 14, 2023.

>  */s/ Collin A. Mixon*
>  **COLLIN A. MIXON, ESQ.**
>  Florida Bar No.: 1004740
>  **STANTON IP LAW FIRM, PA**
>  201 E. Kennedy Blvd., Suite 1900
>  Tampa, Florida 33602
>  T: 813-421-3883
>  E: cmixon@stantoniplaw.com
>  S: service@stantoniplaw.com
>  *Counsel for Bitcoin Depot*

## **CERTIFICATE OF SERVICE**

***I HEREBY CERTIFY*** that on March 14, 2023, a true and correct copy of the foregoing has been furnished electronically with the Clerk of Court using the CMF/ECF system, which will send a notice of electronic filing to all parties and their counsel of record.

*/s/ Collin Mixon, Esq*
**COLLIN MIXON, ESQ.**
