# United States of America
## United States Patent and Trademark Office

# BYTEFEDERAL

**Reg. No. 6,971,368**
**Registered Feb. 07, 2023**
**Int. Cl.: 9, 36, 42**
**Service Mark**
**Trademark**
**Principal Register**

Byte Federal, Inc.  (FLORIDA CORPORATION)
Suite 5
795 Commerce Dr.
Venice, FLORIDA 34292

CLASS 9: Interactive computer kiosks comprising hardware, peripherals, and recorded software, for use in trading, storing, sending, receiving, accepting and managing cryptocurrency, fiat currency, and other digital assets; Downloadable software applications for the processing of transactions involving cryptocurrency, fiat currency and other digital assets; automated teller machine (ATM); Interactive computer kiosk systems comprised primarily of computers, computer hardware, computer peripherals, and computer touchscreens for use in the purchase and sale of cryptocurrency, fiat currency, and other digital assets; Computer kiosk systems comprised primarily of computers, computer hardware, recorded software, computer peripherals, and computer touchscreens for use in enabling customers to view and purchase cryptocurrencies, fiat currencies and other digital assets in retail stores; Downloadable computer software for use in trading, storing, sending, receiving, accepting and managing cryptocurrency, fiat currency, and other digital assets

FIRST USE 11-11-2016; IN COMMERCE 11-11-2016

CLASS 36: financial services, namely, electronic funds transfer via electronic communications networks, providing financial services for the processing of transactions involving cryptocurrency, fiat currency and other digital assets

FIRST USE 11-11-2016; IN COMMERCE 11-11-2016

CLASS 42: Providing use of online non-downloadable software to electronically trade, store, send, receive, accept and transmit cryptocurrency, fiat currency and other digital asset transactions; Software as a service featuring software for management and distribution of cryptocurrency, fiat currency and other digital assets; Software-as-a-service featuring software for database management in the fields of finance and blockchain technology; installation and maintenance of computer software programs in the field of blockchain and financial technology; Platform-as-a-service featuring computer software to allow users to perform electronically trade, store, send, receive, accept and transmit cryptocurrency, fiat currency and other digital asset transactions; Providing online, non-downloadable computer software for use in trading, storing, sending, receiving, accepting and managing cryptocurrency, fiat currency, and other



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office



digital assets; Providing online, non-downloadable software applications for the processing of transactions involving cryptocurrency, fiat currency and other digital assets

FIRST USE 11-11-2016; IN COMMERCE 11-11-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-024,080, FILED 09-13-2021

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.