UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


BYTE FEDERAL, INC.,

    Plaintiff,

    vs.                         Case No: 8:23-cv-102--MSS-SPF

LUX VENDING LLC d/b/a
BITCOIN DEPOT,

    Defendant.
_____/

**JOINT NOTICE OF SELECTION OF
MEDIATOR AND DATE OF MEDIATION**

Pursuant to this Court's Case Management and Scheduling Order [ECF No. 18], the parties hereby notify the Court that they have selected Jim Matulis, Esq., to mediate this case, and that the mediation shall occur on June 20, 2023. Counsel for Defendant has given permission for Plaintiff's counsel to electronically sign this filing on his behalf.

Respectfully submitted on May 8, 2023.


**[remainder of page left intentionally blank]**

/s/Jonathan Woodard

John Cyril Malloy, III
Florida Bar No.:  964220
jcmalloy@malloylaw.com
Oliver Alan Ruiz
Florida Bar No.: 524786
oruiz@malloylaw.com
Jonathan Woodard
Florida Bar No. 0096553
jwoodard@malloylaw.com
**MALLOY & MALLOY, P.L.**
2800 SW 3rd Avenue
Miami, FL 33129-2317
Tel: (305) 858-8000

*Attorneys for Plaintiff*

/s/Collin A. Mixon

Collin A. Mixon
Florida Bar No. 1004740
cmixon@statoniplaw.com
service@stantoniplaw.com
**STANTON IP LAW FIRM, PA**
201 E. Kennedy Blvd, Ste. 1900
Tampa, Florida 33602
Telephone: 813.421.3883
*Attorneys for Defendant*