# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| BYTE FEDERAL, INC., *Plaintiff*, vs. LUX VENDING LLC d/b/a BITCOIN DEPOT, *Defendant*. | Case No.: 8:23-cv-102-MSS-SPF |

**JOINT MOTION FOR DEFENDANT TO HAVE AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE [D.E. 24], AND FOR PLAINTIFF TO HAVE LEAVE OF COURT TO FILE A REPLY IN SUPPORT OF MOTION TO STRIKE [D.E. 24]**

COMES NOW, Defendant LUX VENDING LLC D/B/A BITCOIN DEPOT ("DEFENDANT"), and Plaintiff BYTE FEDERAL INC. ("PLAINTIFF"), by and through undersigned counsel and pursuant to FRCP 6(b) and Local Rule 3.01(d), hereby move the Court for:

**(a)** Defendant to have an extension of time (through and including June 23, 2023) to file its response to Plaintiff's Motion to Strike Certain of Defendant's Second Amended Affirmative Defenses with Prejudice [D.E. 24] (the "Motion to Strike"); ***and***

    **(b)** Plaintiff having leave of Court to file a reply in support of its Motion to Strike.

In support thereof, the parties state as follows:

1. On May 30, 2023, Plaintiff filed its Motion to Strike. [D.E. 24.]

2. In accordance with Local Rule 3.01(c), Defendant has until June 13, 2023 to file its response to said motion.

3. Undersigned counsel for the parties have met and conferred, and (if approved by the Court) are in agreement to: **(a)** the Defendant having an extension of time (through and including June 23, 2023) to file its response to the Motion to Strike; and **(b)** Plaintiff filing a reply memorandum in support of its Motion to Strike.

4. This motion is not brought for the purpose of delay. No party will be prejudiced by the granting of the relief requested herein.

**WHEREFORE**, the parties respectfully request this Court enter an Order: **(a)** granting Defendant an extension of time (through and including June 23, 2023) to respond to Plaintiff's Motion to Strike; and **(b)** granting Defendant permission or leave of Court to file a reply in support of its Motion to Strike.

Respectfully submitted this date of June 13, 2023,

*/s/ Thomas H. Stanton*
Thomas H. Stanton, Esq.
Florida Bar No.: 127444

*/s/ Jonathan Woodard*
Jonathan Woodard, Esq
Florida Bar No.: 096553
John Cyril Malloy, III

| | |
|---|---|
| **STANTON IP LAW FIRM, PA**<br>201 E. Kennedy Blvd., Suite 1900<br>Tampa, Florida 33602<br>T: 813-421-3883<br>E: tstanton@stantoniplaw.com<br>S: service@stantoniplaw.com<br>*Counsel for Bitcoin Depot* | Florida Bar No.: 964220<br>Oliver Alan Ruiz<br>Florida Bar No. 524786<br>**MALLOY & MALLOY, P.L.**<br>2800 S.W. Third Avenue<br>Miami, Florida 33129<br>T: 305-858-8000<br>E: jwoodard@malloylaw.com<br>jcmalloy@malloylaw.com<br>oruiz@malloylaw.com |

## M.D. FLA. L.R. 3.01(G) CERTIFICATION

*I HEREBY CERTIFY* that, prior to the filing of this motion and pursuant to Local Rule 3.01(g), counsel for Defendant and counsel for Plaintiff conferred via email on June 8, 2023, June 9, 2023, and June 12, 2023 regarding the filing of this joint motion.

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that on June 13, 2023, a true and correct copy of the foregoing has been furnished electronically with the Clerk of Court using the CMF/ECF system, which will send a notice of electronic filing to all parties and their counsel of record.

> */s/ Thomas H. Stanton*
> Thomas H. Stanton, Esq.
> Florida Bar No.: 127444
> **STANTON IP LAW FIRM, PA**
> 201 E. Kennedy Blvd., Suite 1900
> Tampa, Florida 33602
> T: 813-421-3883

E: tstanton@stantoniplaw.com
S: service@stantoniplaw.com
*Counsel for Bitcoin Depot*