# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| BYTE FEDERAL, INC., *Plaintiff*, vs. LUX VENDING LLC d/b/a BITCOIN DEPOT, *Defendant*. | Case No.: 8:23-cv-102-MSS-SPF |

## UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT

***COMES NOW***, Defendant LUX VENDING LLC D/B/A BITCOIN DEPOT, and hereby requests that the undersigned counsel, Matthew Swihart, Esquire of STANTON IP LAW FIRM be substitued as counsel for Defendant in this action and that Collin A. Mixon, Esquire be allowed to withdraw as counsel for Defendant and excused from any further responsibilites or obligations in this matter.

As of June 1, 2023, Stanton IP Law Firm no longer employs Collin Mixon, Esquire. This motion is presented in good faith and is not intended to delay the proceedings. Stanton IP Law Firm will continue to represent Plaintiff on this case. No party will be prejudiced by the substitution and withdrawal of counsel and trial scheduling will not be affected.

Pursuant to M.D. Fla. L.R. 2.02(c)(1)(B)(i), undersigned counsel certifies that Defendant had fourteen (14) days' notice of the withdrawal and consents to this substitution and withdrawal.

Respectfully submitted this date of June 16, 2023,

| | |
|---|---|
| /s/ Collin A. Mixon<br>Collin A. Mixon, Esq.<br>Florida Bar No.: 1004740<br>**STANTON IP LAW FIRM, PA**<br>201 E. Kennedy Blvd., Suite 1900<br>Tampa, Florida 33602<br>T: 813-421-3883<br>E: cmixon@stantoniplaw.com<br>S: service@stantoniplaw.com<br>*Counsel for Bitcoin Depot* | /s/ Matthew Swihart<br>Matthew Swihart, Esq.<br>Florida Bar No.: 42539<br>**STANTON IP LAW FIRM, P.A.**<br>201 East Kennedy Boulevard, Suite 1900<br>Tampa, Florida 33602<br>T: 813-421-3883<br>E: mswihart@stantoniplaw.com<br>S: service@stantoniplaw.com<br>*Counsel for Bitcoin Depot* |

## M.D. FLA. L.R. 3.01(G) CERTIFICATION

**I HEREBY CERTIFY** that, prior to the filing of this motion and pursuant to Local Rule 3.01(g), counsel for Defendant informed counsel for Plaintiff of this request via email and on June 1, 2023, counsel for Plaintiff stated that he did not oppose the substitution of counsel.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 16, 2023, a true and correct copy of the foregoing has been furnished electronically with the Clerk of Court using the

CMF/ECF system, which will send a notice of electronic filing to all parties and their counsel of record.

*/s/ Matthew Swihart*
Matthew Swihart, Esq.
Florida Bar No.: 42539
**STANTON IP LAW FIRM, P.A.**
201 East Kennedy Boulevard, Suite 1900
Tampa, Florida 33602
T: 813-421-3883
E: mswihart@stantoniplaw.com
S: service@stantoniplaw.com
*Counsel for Bitcoin Depot*
