# EXHIBIT 3

**From:** Jonathan Woodard <JWoodard@malloylaw.com>
**Sent:** Tuesday, June 6, 2023 4:03 PM
**To:** Robert Batsel <RBatsel@lawyersocala.com>
**Cc:** Oliver Ruiz <oruiz@malloylaw.com>; Maritza Cabello <MCabello@malloylaw.com>; Filing <Filing@malloylaw.com>; Cleo Suero <CSuero@malloylaw.com>
**Subject:** ByteFederal v. Bitcoin Depot (subpoena to Cardamome Marketing) - MM Ref 9582.80158

Good Afternoon Robert:

Thank you for your call today, and this will confirm Plaintiff's agreement to extend the time, **through and including noon on June 16**, to respond and produce documents to Plaintiff's subpoena.  For ease of reference, the responsive documents can be produced using the following secure Sharefile link below:

https://malloylaw.sharefile.com/r-r359671bde03f48e685166dad173c48ce

Lastly, to the extent you believe that any responsive documents are either CONFIDENTIAL or ATTORNEYS' EYES ONLY, there is a protective order in the case (*attached*), and your client is entitled to make good-faith designations in accordance with that protective order.  (Note:  the protective order has been executed by both Plaintiff and Defendant pursuant to the U.S. Magistrate's instructions, which provides that "parties may reach an agreement governing the use and disclosure of discovery materials designated as confidential. The court will generally enforce stipulated and signed confidentiality agreements without the need to endorse, adopt, or enter such an agreement.").  *See* https://www.flmd.uscourts.gov/judges/sean-flynn.

We look forward to receiving the documents on June 16, as agreed to.

**Jonathan Woodard**
*Senior Associate*

Miami: (305) 858-8000
Miami - Boca - Jacksonville
www.malloylaw.com
Download vCard



**"Since 1959" - Intellectual Property Law at the Crossroads of the Americas ®**  NOTICE: This transmission contains CONFIDENTIAL INFORMATION which also may be LEGALLY PRIVILEGED. It is intended only for the use of the Addressee(s). If you are not the Addressee or the employee or agent responsible for delivering it to the Addressee, you are hereby notified that any dissemination or copying of this transmission may be strictly prohibited. If you have received this transmission in error, please immediately destroy the original and any attachments, without reading, saving, or printing them, and notify us by replying to jwoodard@malloylaw.com.