UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BYTE FEDERAL, INC.,

    Plaintiff,

vs.

CASE NO. 8:23-cv-00102-MSS-SPF

LUX VENDING LLC d/b/a
BITCOIN DEPOT,

    Defendant.       /

## MEDIATION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held in person in Tampa on June 20, 2023, and the results of that conference are indicated below:

☑ All individual parties and their respective trial counsel, designated corporate representatives, and required claims professionals, if any, attended and participated in the mediation conference, and each possessed the requisite authority.

The outcome of the mediation conference was:

☑ the parties have reached an impasse.

                                        */s – James Matulis/*
                                        James M. Matulis
                                        Florida Bar No. 0077429
                                        Matulis IP Law
                                        Chase Professional Park
                                        10906 Sheldon Road
                                        Tampa, FL 33626
                                        Jim@MatulisLaw.com
                                        Tel. (813) 451-7347

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 22, 2023, I electronically transmitted the attached document with the United States District Court electronic case filing system, which will electronically send copies to all counsel of record.

                                                       */s/ James Matulis*
                                                       James Matulis, Esq.