## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| BYTE FEDERAL, INC., *Plaintiff*, vs. LUX VENDING LLC d/b/a BITCOIN DEPOT, *Defendant*. | Case No.: 8:23-cv-102-MSS-SPF |

## NOTICE OF WITHDRAWAL OF AFFIRMATIVE DEFENSES NUMBERS 1, 8, 9, & 14

*COMES NOW*, Defendant LUX VENDING, LLC D/B/A BITCOIN DEPOT, and hereby withdraws Affirmative Defenses Nos. 1, 8, 9, & 14, without prejudice. Defendant reserves the right to reassert the aforementioned affirmative defenses as discovery and the facts may support.

DATED: June 23, 2023

Respectfully submitted,

*/s/ Matthew Swihart*
Matthew Swihart, Esq.
Florida Bar No.: 42539
**STANTON IP LAW FIRM, P.A.**
201 East Kennedy Boulevard, Suite 1900
Tampa, Florida 33602
T: 813-421-3883

E: mswihart@stantoniplaw.com
S: service@stantoniplaw.com
*Counsel for Bitcoin Depot*

# CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that true and correct copies of the document(s) identified below were served in the following manner to:

| DOCUMENT SERVED | NOTICE OF WITHDRAWAL OF AFFIRMATIVE DEFENSES NOS. 1, 8, 9, & 14 |
|---|---|
| DATE SERVED | JUNE 23, 2023 |

| PERSON/ENTITY SERVED | DESIGNATION | SERVICE METHOD |
|---|---|---|
| Jonathan Woodard, Esq<br>Florida Bar No.: 096553<br>John Cyril Malloy, III<br>Florida Bar No.: 964220<br>Oliver Alan Ruiz<br>Florida Bar No. 524786<br>MALLOY & MALLOY, P.L.<br>2800 S.W. Third Avenue<br>Miami, Florida 33129<br>T: 305-858-8000<br>E: jwoodard@malloylaw.com<br>jcmalloy@malloylaw.com<br>oruiz@malloylaw.com | *Counsel for Plaintiff* | CMF/ECF |

/s/ Matthew Swihart
Matthew Swihart, Esq.
Florida Bar No.: 42539
**STANTON IP LAW FIRM, P.A.**
201 East Kennedy Boulevard, Suite 1900
Tampa, Florida 33602
T: 813-421-3883
E: mswihart@stantoniplaw.com
S: service@stantoniplaw.com
*Counsel for Bitcoin Depot*