**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

BYTE FEDERAL, INC.,

          *Plaintiff,*

*vs*.

          Case No.: 8:23-cv-102-MSS-SPF

LUX VENDING LLC d/b/a BITCOIN
DEPOT,

          *Defendant*.

**DEFENDANT'S RESPONSE TO PLAINTIFF'S [24] MOTION TO
STRIKE CERTAIN OF DEFENDANT'S SECOND AMENDED
AFFIRMATIVE DEFENSES WITH PREJUDICE**

*COMES NOW*, Defendant LUX VENDING, LLC D/B/A BITCOIN DEPOT, by

and through undersigned counsel and pursuant to Local Rules for the Middle District

of Florida 3.01(b), and hereby files this Response to Plaintiff's [24] Motion to Strike

Certain of Defendant's Second Amended Affirmative Defenses With Prejudice, and

in support thereof states as follows:

Contemporaneously with this Response, Defendant voluntarily withdrew the

relevant affirmative defenses (nos. 1, 8, 9, & 14). Accordingly, Plaintiff's motion is

moot, and as such should be denied.

DATED: June 23, 2023          Respectfully submitted,

          */s/ Matthew Swihart*

Matthew Swihart, Esq.
Florida Bar No.: 42539
**STANTON IP LAW FIRM, P.A.**
201 East Kennedy Boulevard, Suite 1900
Tampa, Florida 33602
T: 813-421-3883
E: mswihart@stantoniplaw.com
S: service@stantoniplaw.com
*Counsel for Bitcoin Depot*

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that true and correct copies of the document(s) identified below were served in the following manner to:

| DOCUMENT SERVED | DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE CERTAIN OF DEFENDANT'S SECOND AMENDED AFFIRMATIVE DEFENSES WITH PREJUDICE |
|---|---|
| DATE SERVED | JUNE 23, 2023 |

| PERSON/ENTITY SERVED | DESIGNATION | SERVICE METHOD |
|---|---|---|
| Jonathan Woodard, Esq<br>Florida Bar No.: 096553<br>John Cyril Malloy, III<br>Florida Bar No.: 964220<br>Oliver Alan Ruiz<br>Florida Bar No. 524786<br>MALLOY & MALLOY, P.L.<br>2800 S.W. Third Avenue<br>Miami, Florida 33129<br>T: 305-858-8000<br>E: jwoodard@malloylaw.com<br>jcmalloy@malloylaw.com<br>oruiz@malloylaw.com | *Counsel for Plaintiff* | CMF/ECF |

/s/ Matthew Swihart
Matthew Swihart, Esq.
Florida Bar No.: 42539
**STANTON IP LAW FIRM, P.A.**

201 East Kennedy Boulevard, Suite 1900
Tampa, Florida 33602
T: 813-421-3883
E: mswihart@stantoniplaw.com
S: service@stantoniplaw.com
*Counsel for Bitcoin Depot*