UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BYTE FEDERAL, INC.,

    Plaintiff,

v.                                                CASE NO. 8:23-cv-102-MSS-SPF

LUX VENDING LLC d/b/a
BITCOIN DEPOT,

    Defendant.
_____/

## NOTICE OF APPEARANCE AS CO-COUNSEL FOR NON-PARTY THE CARDAMONE CONSULTING GROUP, LLC

Ava K. Doppelt, and the law firm Allen, Dyer, Doppelt + Gilchrist, P.A., hereby give notice of their appearance as co-counsel on behalf of Non-Party The Cardamone Consulting Group, LLC, and request that copies of all pleadings, notices, orders and other papers in this cause be henceforth provided to the undersigned as co-counsel for The Cardamone Consulting Group, LLC.

Respectfully submitted June 30, 2023.

                                                     /s/ Ava K. Doppelt
                                                     Ava K. Doppelt
                                                     Florida Bar No. 393738
                                                     adoppelt@allendyer.com
                                                     ALLEN, DYER, DOPPELT +
                                                     GILCHRIST, P.A.

255 S. Orange Avenue, Suite 1401  
Orlando, Florida 32801  
Telephone: (407) 841-2330  
Facsimile: (407) 841-2343  
*Attorney for The Cardamone*  
*Consulting Group, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2023, I electronically filed the foregoing with the Clerk of the Court by using the Florida Courts E-Filing Portal which will send a Notice of Electronic Filing and copy to:

> */s/ Ava K. Doppelt*  
> Ava K. Doppelt