# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BYTE FEDERAL, INC.,

    *Plaintiff*,

vs.

LUX VENDING LLC d/b/a BITCOIN DEPOT,

    *Defendant*.

Case No.: 8:23-cv-102-MSS-SPF

## MOTION FOR WITHDRAWAL OF MATTHEW SWIHART, ESQ AS COUNSEL FOR DEFENDANT

***COMES NOW***, Matthew Swihart, Esquire of STANTON IP LAW FIRM, pursuant to M.D. FLA. L.R. 2.02(C), and hereby requests that he be allowed to withdraw as counsel for Defendant LUX VENDING LLC D/B/A BITCOIN DEPOT and excused from any further responsibilites or obligations in this matter.

Matthew Swihart, Esq will no longer be an employee of Stanton IP Law Firm effective July 21, 2023. Thomas Stanton, Esq of Stanton IP Law Firm will remain as counsel of record for Defendant and will act as lead counsel on this case. This motion is presented in good faith and is not intended to delay the proceedings. No party will be prejudiced by this withdrawal of counsel and trial scheduling will not be affected.

Pursuant to M.D. Fla. L.R. 2.02(c)(1)(B)(i), undersigned counsel certifies that Defendant consents to this withdrawal.

**WHEREFORE,** Matthew Swihart, Esq respectfully requests this Court enter an Order allowing him to withdraw his representation of Defendant and relieving him of further responsibility for such representation.

*DATED*: July 13, 2023,                                    Respectfully submitted,

                                                   */s/ Thomas H. Stanton*
                                                   Thomas H. Stanton, Esq.
                                                 Florida Bar No.: 127444
                                               STANTON IP LAW FIRM, PA
                                               201 E. Kennedy Blvd.,
                                               Suite 1900
                                               Tampa, Florida 33602
                                               T: 813-421-3883
                                               E: tstanton@stantoniplaw.com
                                               S: service@stantoniplaw.com
                                               *Counsel for Bitcoin Depot*

## M.D. FLA. L.R. 3.01(G) CERTIFICATION

**I HEREBY CERTIFY** that, prior to the filing of this motion and pursuant to Local Rule 3.01(g), undersigned counsel informed counsel for Defendant of this withdrawal on July 7, 2023, and counsel for Defendant did not object.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 13, 2023, a true and correct copy of the foregoing has been furnished electronically with the Clerk of Court using the

CMF/ECF system, which will send a notice of electronic filing to all parties and their counsel of record.

                                */s/ Thomas H. Stanton*
Thomas H. Stanton, Esq.
Florida Bar No.: 127444
STANTON IP LAW FIRM, PA
201 E. Kennedy Blvd., Suite 1900
Tampa, Florida 33602
T: 813-421-3883
E: tstanton@stantoniplaw.com
S: service@stantoniplaw.com
*Counsel for Bitcoin Depot*