IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

BYTE FEDERAL INC.,

    Plaintiff,

v.

LUX VENDING LLC d/b/a
BITCOIN DEPOT,

    Defendant.
_____/

Case No.
8:23-cv-00102-MSS-SPF

## NOTICE OF APPEARANCE

Erin J. Hoyle of Carlton Fields, P.A. enters her appearance as counsel for Defendant Lux Vending LLC d/b/a Bitcoin Depot. The undersigned counsel respectfully requests that copies of all future notices, pleadings and orders served and/or filed in the above-styled and numbered cause be served upon **Erin J. Hoyle, Carlton Fields, P.A., Post Office Box 3239, Tampa, Florida 33601.**

Dated: July 24, 2023

                                                  */s/ Erin J. Hoyle*
                                                Adam P. Schwartz (FBN 83178)
                                                William G. Giltinan (FBN 27810)
                                                Erin J. Hoyle (FBN 117762)
                                                CARLTON FIELDS, P.A.
                                                P.O. Box 3239

Tampa, FL 33601-3239
Telephone: 813.223.7000
Facsimile: 813.229.4133
E-mail: aschwartz@carltonfields.com
E-mail: wgiltinan@carltonfields.com
E-mail: ehoyle@carltonfields.com

*Counsel for Lux Vending LLC d/b/a Bitcoin Depot*