## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

BYTE FEDERAL INC.,

      Plaintiff,

v.

LUX VENDING LLC d/b/a
BITCOIN DEPOT,

      Defendant.

_____/

Case No.
8:23-cv-00102-MSS-SPF

## NOTICE OF APPEARANCE

William G. Giltinan of Carlton Fields, P.A. enters his appearance as lead counsel for Defendant Lux Vending LLC d/b/a Bitcoin Depot. The undersigned counsel respectfully requests that copies of all future notices, pleadings and orders served and/or filed in the above-styled and numbered cause be served upon **William G. Giltinan, Carlton Fields, P.A., Post Office Box 3239 Tampa, Florida 33601.**

Dated: July 24, 2023

      */s/ William G. Giltinan*_____
      William G. Giltinan (FBN 27810)
      Adam P. Schwartz (FBN 83178)
      Erin J. Hoyle (FBN 117762)
      CARLTON FIELDS, P.A.
      P.O. Box 3239

Tampa, FL 33601-3239
Telephone:  813.223.7000
Facsimile:  813.229.4133
E-mail: aschwartz@carltonfields.com
E-mail: wgiltinan@carltonfields.com
E-mail: ehoyle@carltonfields.com

*Counsel for Lux Vending LLC d/b/a Bitcoin Depot*