# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## Case No. 2023-cv-00102

BYTE FEDERAL, INC.,

    Plaintiff,

vs.

LUX VENDING LLC d/b/a BITCOIN DEPOT,
HUDDLED MASSES, INC., and
THE CARDAMONE CONSULTING GROUP, LLC.

    Defendants.

_____/

## NOTICE OF FILING SUMMONS

Plaintiff, Byte Federal, Inc. ("Plaintiff") by and through their respective undersigned counsel, hereby files the Summonses for the following entities listed below, to be executed by the Clerk of Court for service:

1. The Cardamone Consulting Group, LLC
2. Huddled Masses, Inc.

Dated: August 3, 2023

    /s/ Jonathan Woodard
    John Cyril Malloy, III
    Florida Bar No. 964,220
    jcmalloy@malloylaw.com
    Oliver Alan Ruiz, Lead Counsel
    Florida Bar No. 524,786
    oruiz@malloylaw.com
    Jonathan Woodard
    Florida Bar No. 096,553
    jwoodard@malloylaw.com
    **MALLOY & MALLOY, P.L.**
    2800 S.W. 3rd Avenue
    Miami, FL 33129

T: (305) 858-8000
*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on August 3, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which serves the foregoing document on all counsel of record in this case, including counsel for Defendant Lux Vending, LLC d/b/a Bitcoin Depot (wgiltinan@carltonfields.com, ehoyle@carltonfields.com, aschwartz@carltonfields.com, and tstanton@stantoniplaw.com).

/s/Jonathan Woodard

2