IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BYTE FEDERAL INC.,

    Plaintiff,

v.

LUX VENDING LLC d/b/a BITCOIN DEPOT,
HUDDLED MASSES, INC., and
THE CARDAMONE CONSULTING GROUP, LLC,

    Defendants.
_____/

Case No.
8:23-cv-00102-MSS-SPF

## DEFENDANT LUX VENDING LLC D/B/A BITCOIN DEPOT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendant Lux Vending LLC d/b/a Bitcoin Depot ("Bitcoin Depot"), pursuant to Fed. R. Civ. P. 6(b), moves the Court for a 10-day extension of time through August 25, 2023, in which to respond to Plaintiff Byte Federal Inc.'s Amended Complaint and Demand for Jury Trial ("Amended Complaint") filed on August 1, 2023, (Doc. 44). Plaintiff's counsel does not oppose the requested extension. In support, Bitcoin Depot states as follows:

1. On August 1, 2023, on the final day to do so pursuant to the Case Management and Scheduling Order, Plaintiff filed an Amended Complaint in this matter.

2. Bitcoin Depot's response to the Amended Complaint is currently due on August 15, 2023.

133746207.2

3. The Amended Complaint added two additional Defendants, Huddled Masses, Inc. and The Cardamone Consulting Group, LLC (the "Newly Added Defendants"), and two new counts against Bitcoin Depot: a Federal False Advertising claim under 15 U.S.C. § 1125(a)(1)(B) and a Civil Conspiracy claim. Bitcoin Depot requires additional time to investigate and respond to these new counts.

4. Summons for the Newly Added Defendants were issued on August 4, 2023, but have not been returned and filed in the docket. Pursuant to Fed. R. Civ. P. 12, the Newly Added Defendants are not required to respond to the Amended Complaint until 21 days after service of the Amended Complaint. As a result, the Newly Added Defendants are not required to respond to the Amended Complaint until a significant amount of time after Bitcoin Depot's current August 15th deadline.

5. Bitcoin Depot respectfully submits that a 10-day extension is reasonable under the circumstances.

6. This motion is not filed for purposes of delay. *See* Fed. R. Civ. P. 6(b)(1)(A). No party will be prejudiced by the extension of time requested because the relief sought does not affect any other deadline in this matter and the interests of justice and judicial economy weigh in favor of the granting of this motion.

## CONCLUSION

For the reasons set forth above, Bitcoin Depot respectfully requests the entry of an Order granting an extension of time for Bitcoin Depot to respond to the Amended

133746207.2

Complaint up to and including August 25, 2023.

## **LOCAL RULE 3.01(G) CERTIFICATION**

Pursuant to Local Rule 3.01(g), counsel representing Bitcoin Depot conferred with counsel for Plaintiff on August 14, 2023, in a good faith attempt to resolve this issue. Counsel for Plaintiff does not oppose the relief requested herein.

Dated: August 14, 2023

        Respectfully submitted,

        */s/ Adam P. Schwartz*
        William G. Giltinan (FBN 27810)
        Adam P. Schwartz (FBN 83178)
        Erin J. Hoyle (FBN 117762)
        CARLTON FIELDS, P.A.
        P.O. Box 3239
        Tampa, FL 33601-3239
        Telephone: 813.223.7000
        Facsimiles: 813.229.4133
        E-mail: wgiltinan@carltonfields.com
        E-mail: aschwartz@carltonfields.com
        E-mail: ehoyle@carltonfields.com

        *Counsel for Lux Vending LLC d/b/a Bitcoin Depot*