## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:23-CV-00102-MSS-SPF

Plaintiff:
**BYTE FEDERAL, INC.,**

vs.

Defendants:
**LUX VENDING LLC d/b/a BITCOIN DEPOT, HUDDLED MASSES, INC., and THE CARDAMONE CONSULTING GROUP, LLC.**

CPP2023001800

For:
Oliver Alan Ruiz, Esq.
MALLOY & MALLOY, P.L.
2800 SW 3rd Avenue
Miami, FL 33129

Received by CIVIL PROCESS, LLC on the 7th day of August, 2023 at 8:50 am to be served on **HUDDLED MASSES, INC., 1177 WEST LOOP SOUTH, SUITE 1310, HOUSTON, TX 77027.**

I, Josue Montano, do hereby affirm that on the **7th day of August, 2023** at 3:04 pm, I:

**SERVED the within named CORPORATION**, by delivering a **SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR A JURY TRIAL, AMENDED COMPLAINT AND DEMAND FOR A JURY TRIAL** with the date and hour of service endorsed thereon by me to **Duyen Le** as **Receptionist** at **1177 WEST LOOP SOUTH, SUITE 1310, HOUSTON, TX 77027 in compliance with Florida Statutes**

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Asian American, Height: 5'7", Weight: 140, Hair: Brown, Glasses: .

I certify that I have no interest in the above styled action; I am over the age of eighteen (18) years, and have proper authority to serve legal process in the jurisdiction in which this service was made. No Notary Required Pursuant To F.S. 92.525(2)

Josue Montano
PSC 21787

**CIVIL PROCESS, LLC
7350 N.W. 77th Street
Medley, FL 33166
(305) 375-9111**

Our Job Serial Number: CPP-2023001800

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n