## RETURN OF SERVICE
UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:23-CV-00102-MSS-SPF

Plaintiff: **BYTE FEDERAL, INC.,**
vs.
Defendants: **LUX VENDING LLC d/b/a BITCOIN DEPOT, HUDDLED MASSES, INC., and THE CARDAMONE CONSULTING GROUP, LLC.**

CPP2023001799

For:
Oliver Alan Ruiz, Esq.
MALLOY & MALLOY, P.L.
2800 SW 3rd Avenue
Miami, FL 33129

Received by CIVIL PROCESS, LLC on the 7th day of August, 2023 at 9:18 am to be served on **The Cardamone Consulting Group, LLC, 11197 SW 71st Court, Ocala, FL 34476.**

I, Lorenzo Kenerson, do hereby affirm that on the **15th day of August, 2023** at **9:53 am**, I:

**SERVED the within named LIMITED LIABILITY COMPANY (LLC)** by delivering a true copy of:**SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR A JURY TRIAL, AMENDED COMPLAINT AND DEMAND FOR A JURY TRIAL** with the date and hour of service endorsed thereon by me to **Nicholas Cardamone** as **President of The Cardamone Consulting Group, LLC** pursuant to **Florida Statute 48.062.**

**Additional Information pertaining to this Service:**
8/14/2023  7:20 pm  Attempted Service at 14540 Wood Rd, Alpharetta, GA 30004. New address provided. Completely dark, no lights or cars, possibly out of town since nothing has changed since first attempt, cannot see inside.
8/15/2023  9:53 am  Attempted Service at 14540 Wood Rd, Alpharetta, GA 30004. Service on Nicholas Cardamone as President of The Cardamone Consulting Group, LLC.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 225, Hair: Black, Glasses: .

I certify that I have no interest in the above styled action; I am over the age of eighteen (18) years, and have proper authority to serve legal process in the jurisdiction in which this service was made. No Notary Required Pursuant To F.S. 92.525(2)

Lorenzo Kenerson
Process Server

**CIVIL PROCESS, LLC**
**7350 N.W. 77th Street**
**Medley, FL 33166**
**(305) 375-9111**

Our Job Serial Number: CPP-2023001799

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n