UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-CV-102-MSS-SPF

BYTE FEDERAL, INC.,

    Plaintiff,

v.

LUX VENDING LLC d/b/a
BITCOIN DEPOT,

    Defendant.

_____/

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Emily Y. Rottmann, Esq, of McGuireWoods LLP enters her appearance as counsel for Huddled Masses, Inc. in the instant case.[1] All pleadings, papers, and correspondence in this matter should be served upon the undersigned counsel.

Dated: August 24, 2023

---

[1] By making this appearance, Huddled Masses, Inc. does not waive any defenses, including, but not limited to, personal jurisdiction and venue.

**McGUIREWOODS LLP**

<u>*/s/ Emily Y. Rottmann*</u>
Sara F. Holladay
Florida Bar No. 26225
Emily Y. Rottmann
Florida Bar No. 093154
sholladay@mcguireoods.com
erottmann@mcguirewoods.com
clambert@mcguirewoods.com
flservice@mcguirewoods.com
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202
(904) 798-3224 | (904) 798-3207 (fax)

*Attorneys for Huddled Masses, Inc.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2023, a true copy of the foregoing was served via E-Mail to the following:

Jonathan Ray Woodard, Esq.
Oliver Alan Ruiz, Esq.
John Cyril Malloy, III, Esq.
**Malloy & Malloy, P.L.**
2800 SW Third Avenue
Miami, FL  33129
jwoodard@malloylaw.com
oruiz@malloylaw.com
jcmalloy@malloylaw.com

*Attorneys for Byte Federal, Inc.*

William G Giltinan, Esq.
Adam P. Schwartz, Esq.
Erin J. Hoyle, Esq.
**Carlton Fields, PA**
4221 W. Boy Scout Blvd. - Suite 1000
Tampa, FL  33607
wgiltinan@carltonfields.com
aschwartz@carltonfields.com
ehoyle@carltonfields.com

Thomas Herbert Stanton, Esq.
**Stanton IP Law Firm, P.A.**
201 E. Kennedy Blvd., Suite 825
Tampa, FL  33602
tstanton@stantoniplaw.com

*Attorneys for Lux Vending LLC d/b/a Bitcoin Depot*

Robert W. Batsel, Jr., Esq.
**Gooding & Batsel, PLLC**
1531 SE 36th Avenue
Ocala, FL  34471
rbatsel@lawyersocala.com

Ava K. Doppelt, Esq.
**Allen, Dyer, Doppelt & Gilchrist, PA**
255 S. Orange Avenue – Suite 1401
PO Box 3791
Orlando, FL  32801
adoppelt@allendyer.com

*Attorneys for The Cardamone Consulting Group, LLC*

 

                               */s/ Emily Y. Rottmann*
                                     Attorney

178411555_1