UNITED STATES DISCTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-CV-102-MSS-SPF

BYTE FEDERAL, INC.,

    Plaintiff,

v.

LUX VENDING LLC d/b/a
BITCOIN DEPOT,

    Defendant.
_____/

## HUDDLED MASSES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Huddled Masses, Inc. ("Huddled Masses"), by counsel, and pursuant to Fed. R. Civ. P. 6(b), moves this Court for a fourteen (14) day extension of time, up to and including September 11, 2023, in which to file a response to Plaintiff's Amended Complaint ("Amended Complaint").[1] As grounds therefore, Huddled Masses states as follows:

    1.    Plaintiff filed his Amended Complaint on August 1, 2023.

    2.    Huddled Masses was served on August 7, 2023.

    3.    Huddled Masses' response to the Amended Complaint is currently due to be filed on or before August 28, 2023.

---

[1] This Motion is made without waiver as to any arguments regarding the jurisdiction of this Court as to Huddled Masses.

4. Huddled Masses requests a fourteen (14) day extension of time, up to and including September 11, 2023, as counsel requires additional time to investigate and prepare a response. Plaintiff's counsel has agreed to this extension.

5. This Motion for extension of time is made in good faith and not for purposes of delaying the ultimate resolution of this case.

## MEMORANDUM

Rule 6(b) of the Federal Rules of Civil Procedure provides that the Court may enlarge the time for filing a response upon a showing of good cause. Where, as here, the request for extension is made prior to the expiration of the specified period of time, no finding of excusable neglect is required. Huddled Masses submits good cause exists for this extension as noted above.

WHEREFORE, Huddled Masses respectfully requests a fourteen (14) day extension of time, up to and including September 11, 2023, to file and serve its response to the Amended Complaint, and that the Court provide such other relief as it deems just and proper.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

The undersigned counsel for Huddled Masses certifies that, pursuant to Local Rule 3.01(g), she has conferred with counsel for Plaintiff, and the Plaintiff does not oppose the relief requested.

Dated: August 24, 2023

McGUIREWOODS LLP

/s/ Emily Y. Rottmann
Sara F. Holladay
Florida Bar No. 26225
Emily Y. Rottmann
Florida Bar No. 093154
Kathleen D. Dackiewicz
Florida Bar No. 1003294
sholladay@mcguireoods.com
erottmann@mcguirewoods.com
kdackiewicz@mcguirewoods.com
clambert@mcguirewoods.com
flservice@mcguirewoods.com
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202
(904) 798-3224 | (904) 798-3207 (fax)

*Attorneys for Huddled Masses, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2023, a true copy of the foregoing was served via E-Mail to the following:

Jonathan Ray Woodard, Esq.*
Oliver Alan Ruiz, Esq.
John Cyril Malloy, III, Esq.
**Malloy & Malloy, P.L.**
2800 SW Third Avenue
Miami, FL  33129
jwoodard@malloylaw.com
oruiz@malloylaw.com
jcmalloy@malloylaw.com

*Attorneys for Byte Federal, Inc.*

William G Giltinan, Esq.*
Adam P. Schwartz, Esq.
Erin J. Hoyle, Esq.
**Carlton Fields, PA**
4221 W. Boy Scout Blvd. - Suite 1000
Tampa, FL  33607
wgiltinan@carltonfields.com
aschwartz@carltonfields.com
ehoyle@carltonfields.com

Thomas Herbert Stanton, Esq.
**Stanton IP Law Firm, P.A.**
201 E. Kennedy Blvd., Suite 825
Tampa, FL  33602
tstanton@stantoniplaw.com

*Attorneys for Lux Vending LLC d/b/a Bitcoin Depot*

Robert W. Batsel, Jr., Esq.*
**Gooding & Batsel, PLLC**
1531 SE 36th Avenue
Ocala, FL  34471
rbatsel@lawyersocala.com

Ava K. Doppelt, Esq.
**Allen, Dyer, Doppelt & Gilchrist, PA**
255 S. Orange Avenue – Suite 1401
PO Box 3791
Orlando, FL  32801
adoppelt@allendyer.com

*Attorneys for The Cardamone Consulting Group, LLC*


                 */s/ Emily Y. Rottmann*
                      Attorney

178359554_1