IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BYTE FEDERAL INC.,

    Plaintiff,

v.

LUX VENDING LLC d/b/a BITCOIN DEPOT,
HUDDLED MASSES, INC., and
THE CARDAMONE CONSULTING GROUP, LLC,

    Defendants.

                                       /

Case No.
8:23-cv-00102-MSS-SPF

## DEFENDANT LUX VENDING LLC D/B/A BITCOIN DEPOT'S AMENDED DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant Lux Vending LLC d/b/a Bitcoin Depot makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

**As of June 29, 2023, Lux Vending LLC, a Domestic Limited Liability Company merged with Bitcoin Depot Operating LLC.  The surviving entity is Bitcoin Depot Operating LLC, a Delaware limited liability company, with the surviving entity named Bitcoin Depot Operating LLC d/b/a/ Bitcoin Depot ("Bitcoin").  Bitcoin is wholly owned by BT HoldCo LLC, a Delaware limited liability company.**

133836780

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

   **None.**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   a.   **Bitcoin Depot Operating, LLC d/b/a Bitcoin Depot**

   b.   **BT Holdco LLC**

   c.   **Stanton IP Law Firm**

   d.   **Thomas Stanton, Stanton IP Law Firm**

   e.   **Carlton Fields, P.A.**

   f.   **William G. Giltinan, Carlton Fields, P.A.**

   g.   **Erin J. Hoyle, Carlton Fields, P.A.**

   h.   **Adam P. Schwartz, Carlton Fields, P.A.**

   i.   **Huddled Masses, Inc.**

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

133836780

   j. **McGuireWoods LLP**

   k. **Sara F. Holladay, McGuireWoods LLP**

   l. **Emily Y. Rottman, McGuireWoods LLP**

   m. **The Cardamone Consulting Group, LLC**

   n. **Gooding & Batsel, PLLC**

   o. **Robert W. Batsel, Jr.**

   p. **Allen, Dyer, Doppelt + Gilchrist, P.A. ("Allen Dyer")**

   q. **Ava K. Doppelt, Allen Dyer**

   r. **Byte Federal, Inc.**

   s. **Malloy & Malloy, PL**

   t. **John C. Malloy, III, Malloy & Malloy PL**

   u. **Oliver A. Ruiz, Malloy & Malloy PL**

   v. **Jonathan Woodard, Malloy & Malloy PL**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

**None.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

**None.**

6. Identify each person arguably eligible for restitution:

**None.**

133836780

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: August 25, 2023

                                    Respectfully submitted,

                                    */s/Adam P. Schwartz*
                                    William G. Giltinan (FBN 27810)
                                    Adam P. Schwartz (FBN 83178)
                                    Erin J. Hoyle (FBN 117762)
                                    CARLTON FIELDS, P.A.
                                    P.O. Box 3239
                                    Tampa, FL 33601-3239
                                    Telephone:  813.223.7000
                                    Facsimiles:  813.229.4133
                                    E-mail: wgiltinan@carltonfields.com
                                    E-mail: aschwartz@carltonfields.com
                                    E-mail: ehoyle@carltonfields.com

                                    *Counsel for Lux Vending LLC d/b/a Bitcoin Depot, now known as Bitcoin Depot Operating, LLC d/b/a Bitcoin Depot*

133836780